# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-2112 FMO (AGRx) | Date | May 9, 2019 |
| Title | Steven Friedland v. Inogen, Inc., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**      (In Chambers) Order to Show Cause re Consolidation of Actions

On March 6, 2019, plaintiff in William Fabbri v. Inogen, Inc., et al., 19-1643 (C.D. Cal.) ("Fabbri"), filed a Complaint (Dkt. 1, "Fabbri Complaint"). The Fabbri Complaint alleges claims on behalf of a class of "all purchasers of Inogen common stock between November 8, 2017 and February 26, 2019, inclusive[], seeking to pursue remedies under the Exchange Act." (Id. at ¶ 4).

On March 21, 2019, plaintiff in Steven Friedland v. Inogen, Inc., et al., 19-2112 (C.D. Cal.) ("Alvarez"), filed his Complaint (Dkt. 1, "Friedland Complaint"). The Friedland Complaint alleges claims on behalf of a class of "all purchasers of Inogen securities between November 8, 2017 and February 26, 2019, inclusive[], seeking to pursue remedies under the Exchange Act." (Id. at ¶ 1).

Both complaints reference fraudulent statements defendants allegedly made with respect to Inogen, Inc.'s portable oxygen concentrators. (See Dkt. 1, Fabbri Complaint at ¶ 7; Dkt. 1, Friedland Complaint at ¶ 6).

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions[.]" Fed. R. Civ. P. 42(a)(2). The court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984). "A district court generally has 'broad' discretion to consolidate actions[.]" Pierce v. Cnty. of Orange, 526 F.3d 1190, 1203 (9th Cir.), cert. denied, 555 U.S. 1031 (2008). Accordingly, IT IS ORDERED that by no later than **May 20, 2019**, the parties shall file either a stipulation or response, not to exceed five pages, to show cause why the Fabbri and Friedland actions should not be consolidated.

                               00 : 00

                 Initials of Preparer      vdr